Svetlana P. Spivak
HOLMES WEDDLE & BARCOTT, P.C.
999 Third Avenue, Suite 2600
Seattle, Washington 98104
(206) 292-8008
Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| TRAVIS I. WARNOCK, | No. 6:14-cv-00326-AA |
| Plaintiff, | IN ADMIRALTY |
| v. | STIPULATION AND AGREEMENT FOR AN ORDER OF DISMISSAL WITH PREJUDICE |
| CALIFORNIA SHELLFISH CO., INC. and HALLMARK FISHERIES, | |
| Defendants. | |

## STIPULATION

The parties in this matter, by and through their attorneys and based on plaintiff's intention to dismiss this case, hereby stipulate and agree that all claims in this matter have been fully resolved, and that this matter shall be dismissed with prejudice, and without costs to any party.

| KRAFT PALMER DAVIES, PLLC | VANGELISTI LAW FIRM, LLC |
|---|---|
| s/Robert M. Kraft | s/Richard J. Vangelisti |
| ROBERT M. KRAFT, WSBA #11096<br>Attorneys for Plaintiff<br>1001 Fourth Avenue, Suite 4131<br>Seattle, Washington 98104-1845<br>Tel: 206-624-8844<br>Fax: 206-624-2912<br>Email: RMK@admiralty.com | RICHARD J. VANGELISTI, OSB #99415<br>Attorneys for Plaintiff<br>121 SW Morrison Street<br>Portland, OR 97204<br>Tel: (503) 445-2101<br>Fax: (503) 972-2235<br>Email: Richard@vangelisti.com |

HOLMES WEDDLE & BARCOTT, PC

s/Svetlana P. Spivak

SVETLANA P. SPIVAK, OSB #041939
Attorneys for Defendant
999 Third Avenue, Suite 2600
Seattle, WA 98104
Tel: (206) 292-8008
Fax: (206) 340-0289
Email: sspivak@hwb-law.com

## ORDER

Based on the foregoing stipulation of the parties, it is hereby ORDERED that this case shall be and hereby is dismissed with prejudice and without costs to any party.

DATED this 14 day of April, 2015.

_____
Judge, United States District Court
For the District of Oregon
Eugene Division

**Presented by:**

s/Svetlana P. Spivak

_____
SVETLANA P. SPIVAK, OSB #041939
Attorneys for Defendant
999 Third Avenue, Suite 2600
Seattle, WA 98104
Tel: (206) 292-8008
Fax: (206) 340-0289
Email: sspivak@hwb-law.com