UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

TRAVIS L. WARNOCK,

                 **Plaintiff,**

            v.                                   Civil No.6:14-cv-00326-AA

CALIFORNIA SHELLFISH CO. INC.
and HALLMARK FISHERIES,

                 **Defendants.**

### JUDGMENT

This action is dismissed with prejudice and without costs to any party.

IT IS SO ORDERED.

Dated: April 15th, 2015.

                                                          HON. ANN AIKEN, CHIEF US DISTRICT JUDGE

**JUDGMENT**